**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

APR 2 1 2022

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SKYLER VAWN KING, <br><br> Defendant. | CR 22-18-BU-DLC <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE** <br> Title 21 U.S.C. § 846 <br> (Count I) <br> (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE COCAINE** <br> Title 21 U.S.C. § 841(a)(1) <br> (Count II) <br> (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

| | TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That in or about and between October 2021 and March 2022, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, SKYLER VAWN KING, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation 21 U.S.C. § 841(a)(1), 500 grams or more of a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That in or about and between October 2021 and March 2022, in Gallatin County, in the State and District of Montana, and elsewhere, the defendant, SKYLER VAWN KING, knowingly and unlawfully possessed with the intent to

//

//

//

//

distribute, 500 grams or more of a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ (st. cust.)
Bail: _____

3